COURT OF APPEALS NO. 04-15-0037-CV
TRIAL COURT CASE NO. 2015CV00334


JAMES W. MYART JR
Appellant
VS.

DEBORAH MURDOCK
*Appellee*


## ORDER OF EXTENSION AND
## NOTICE OF HEARING
## To conduct INDIGENCY


The Trial Court request extension to conduct indigency hearing not exceeding 20 days as ordered by County of Appeals.

The above-styled and numbered cause is hereby set for a hearing on **March 4**[th] **, 2015 at 9:00 a.m.** in County Court at Law Number No. **Two (2)**, 4th Floor Bexar County Justice Center, 300 Dolorosa Street, San Antonio, TX 78205.


SIGNED this **24**[th] day of **February**, 2015.

_____
Jason W. Wolff
Judge Peresiding


**Appellant:**
James W. Myart Junior
223 Anton
San Antonio, TX 78233

**Attorney(s) for Appellee:**
Walter Wilbur Beuhler
3501 West Commerce
San Antonio TX 78207


CC: Gerald Rickhoff (DELIVERED VIA EMAIL)
CC: Dinah L Gaines (DELIVERED VIA EMAIL)

2015 FEB 24 PM 4:37